IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KONICA MINOLTA PHOTO IMAGING, INC.
1 Sakura-machi, Hino-shi
Tokyo 191-8511, Japan
                Plaintiff,

v.

PAPST LICENSING GmbH & Co., KG
Bahnhofstrasse 33
78112 St. Georgen, Germany,

                Defendant

Civil Action No.

*DEMAND FOR JURY TRIAL*

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for Konica Minolta Photo Imaging, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Konica Minolta Photo Imaging, Inc. which have any outstanding securities in the hands of the public.

Konica Minolta Holdings, Inc.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: August 18, 2008

Orrick, Herrington & Sutcliffe LLP

_____
Steven J. Routh (#376068)
Columbia Center
1152 15th Street N.W.
Washington, DC 20005
Telephone: (202) 339-8400
Telecopier: (202) 339-8500
E-Mail: srouth@orrick.com